JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| THOMAS G. CAMPBELL, | ) | CV 11-9944 RSWL (JCx) |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendant United States of America and against Plaintiff Thomas G. Campbell.

///

1

1 | United States shall recover the costs of suit, in
2 | accord with Federal Rule of Civil Procedure 54(d).
3 |
4 | **IT IS SO ORDERED.**
5 | DATED: February 22, 2013.

                              RONALD S.W. LEW
                              _____
                              **HONORABLE RONALD S.W. LEW**
                              Senior, U.S. District Court Judge